**In the Matter of Jonathan S. GOTKIN, Respondent.**

**No. 49S00–0307–DI–291.**

Supreme Court of Indiana.

Jan. 7, 2010.

*PUBLISHED ORDER GRANTING RE-LEASE FROM DISCIPLINARY PROBATION*

On November 14, 2007, this Court entered an order approving Respondent's conditional reinstatement to the practice of law subject to a two-year probationary period with monitoring by a CPA. On November 24, 2009, Respondent filed an application for termination of probation representing that Respondent has successfully completed the term of probation. The Indiana Supreme Court Disciplinary Commission has filed no objection.

Being duly advised, the Court GRANTS the application and ORDERS that Respondent be released from disciplinary probation and unconditionally reinstated to the practice of law in this State effective immediately.

All Justices concur.

**In the Matter of Richard J. RUPCICH, Respondent.**

**No. 64S00–1001–DI–23.**

Supreme Court of Indiana.

Jan. 7, 2010.

*PUBLISHED ORDER ACCEPTING RESIGNATION*

Respondent has tendered to this Court a resignation from the bar of this State,

pursuant to Indiana Admission and Discipline Rule 23(17).

**IT IS THEREFORE ORDERED that the resignation from the bar of this State tendered by Respondent is accepted effective immediately.** The Clerk of this Court is directed to strike Respondent's name from the Roll of Attorneys. Respondent shall fulfill all the applicable duties under Admission and Discipline Rule 23(26).

Respondent shall be ineligible to petition for reinstatement to the practice of law for five years from the date of this order. *See* Admis. Disc. R. 23(4)(a). Approval of a petition for reinstatement is discretionary and requires clear and convincing evidence of the petitioner's remorse, rehabilitation, and fitness to practice law. *See* Admis. Disc. R. 23(4)(b).

All Justices concur.